IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-675-RJC-DCK

| | |
|---|---|
| HANGZHOU GREAT STAR INDUSTRIAL CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| STANLEY BLACK & DECKER, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Roderick J. Enns, concerning Robert M. Fuhrer, on February 2, 2022. Robert M. Fuhrer seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Robert M. Fuhrer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 2, 2022

David C. Keesler
United States Magistrate Judge